# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION MERWIN TRUEHILL, | No. CV 08-848 DSF (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| FERNANDO GONZALEZ (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 3/7/11

DALE S. FISCHER
United States District Judge